**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larry Lee Robinson,<br><br>        Plaintiff,<br><br>vs.<br><br>Swift Transportation Company, Inc., et al.,<br><br>        Defendants. | No.  CIV 05-1244-PHX-SRB (DKD)<br><br>**ORDER** |

      Pending before the Court is Plaintiff's Motion to Compel (Doc. #8), filed December 19, 2005.  Plaintiff is requesting assistance from the Court regarding effecting service upon Defendants Freet, Martin, and Schriro.

      Plaintiff's original Complaint (Doc. #1) was filed on April 25, 2005, with his Amended Complaint being filed May 12, 2005 (Doc. #5).  The Court issued its Screening Order directing the Clerk of the Court provide service packets to Plaintiff as to Defendant Freet, Martin, and Schriro.  On November 29, 2005, the service packet as to each Defendant were returned to Plaintiff for correction, stating that insufficient addresses were provided as to Defendant Martin and Freet.  Again, on December 9, 205, the service packet as to each Defendant were returned to Plaintiff for correction with the same notation as before.  Considering Plaintiff's motion to compel, it is unclear if Plaintiff has been provided with sufficient number of service packets to correct the previously stated deficiencies.  Accordingly,

      **IT IS THEREFORE ORDERED** granting Plaintiff's Motion to Compel (Doc. #8) to the extent stated in this Order.

1. The Clerk of the Court is directed to send service packets as to each Defendant to Plaintiff. Upon receipt of the completed service packets by Plaintiff, the Clerk of the Court shall prepare and send to the U.S. Marshal a service packet for service of the Summons and Complaint upon Defendants Freet, Martin, and Schriro.

2. The time for completing service shall be extended sixty (60) days from the date this Order is filed.

DATED this 3rd day of May, 2006.

_____
David K. Duncan
United States Magistrate Judge

- 2 -